478 A.2d 80

Commonwealth v. Snyder, Appellant.

Submitted May 4, 1984.  Robert L. Moore, for appellant; Charles M.

Guthrie, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Order affirmed.